**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 15-36-DLB-CJS-7**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**vs.**                                                **ORDER**

**ROBEN CASEY BYKOVNY**                                              **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

      This matter is before the Court upon the April 17, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Roben Casey Bykovny's supervised release and impose a sentence of eight (8) months, credit to be given for time served since his detention on the charged violations, with a twenty-eight (28) month term of supervised release to follow. (Doc. # 343). The Final Revocation Hearing was held on April 11, 2017, wherein Defendant admitted and plead guilty (Doc. # 341) to the violations as described in the April 4, 2017 Supervised Release Violation Report. (Sealed Doc. # 339).

      Defendant waived his right to allocution (Doc. # 342) and his right to file objections to the R&R (Docs. # 341, 343), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 343) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant Roben Casey Bykovny is found to have **VIOLATED** the terms of his supervised release as outlined in the Sealed Supervised Release Violation Report;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eight (8) months, credit to be given for time served since his detention on the charged violations**, with a **twenty-eight (28) month term** of supervised release to follow, with the first **three (3) months of supervision to be served in a halfway house program**, and with all previously imposed conditions of supervised release being reimposed upon Defendant;

5. Defendant's sentence, if possible, shall be served at the federal correctional facility located in Ashland, Kentucky; and

6. A Judgment shall be entered concurrently herewith.

This 17th day of April, 2017.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2015\15-36-7 Order Adopting R&R re SRV.wpd