UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 15-36-DLB-CJS-7

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

ROBEN CASEY BYKOVNY                                      DEFENDANT

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court upon the June 15, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Roben Casey Bykovny's supervised release and impose a sentence of fourteen (14) months, with credit to be given for time served since his detention on the charged violations, with no term of supervised release to follow. (Doc. # 361). The Final Revocation Hearing was held on April 25, 2018, wherein Defendant admitted to the violations set forth in the January 22, 2018 Supervised Release Violation Report and the April 17, 2018 Addendum to the Violation Report. (Doc. # 361; Sealed Docs. # 355 and 358).

Defendant having waived his right to allocution (Doc. # 357) and his right to file objections to the R&R (Docs. # 356 and 357), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 361) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant Roben Casey Bykovny is found to have **VIOLATED** the terms of his supervised release as outlined in the January 22, 2018 Supervised Release Violation Report and the April 17, 2018 Addendum to the Violation Report;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **fourteen (14) months, credit to be given for time served since his detention on the charged violations**, with **no term of supervised release to follow**;

(5) Defendant's sentence, if possible, shall be served at FCI Manchester or at a federal facility near the Greater Cincinnati area; and

(6) A Judgment shall be entered concurrently herewith.

This 19th day of June, 2018.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2015\15-36-7 Order Adopting R&R re SRV 2.docx